**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD L. JOHNSON, ) | |
|     Plaintiff, ) | |
| v. ) | 2:15-cv-930-JCM-CWH |
| CLARK COUNTY DETENTION CENTER et al., ) | **ORDER** |
|     Defendants. ) | |

**I.   DISCUSSION**

On June 26, 2015, this court entered an order dismissing the case without prejudice because plaintiff failed to file another application to proceed *in forma pauperis* or pay the full filing fee for a civil action within 30 days of this court's May 21, 2015, order. (ECF No. 5 at 2-3). The clerk of the court entered judgment that same day. (ECF No. 6). Later that day, the clerk's office docketed plaintiff's application to proceed *in forma pauperis* for a non-prisoner. (ECF No. 7).

The court now reopens this case. The newly filed application to proceed *in forma pauperis* (ECF No. 7) is now the operative application to proceed *in forma pauperis*. Additionally, the court will screen the complaint (ECF No. 1-1) at a later date.

///
///
///
///
///

## II.	CONCLUSION

For the foregoing reasons, IT IS ORDERED that the clerk of the court shall reopen this case. The newly filed application to proceed *in forma pauperis* (ECF No. 7) is the operative application to proceed *in forma pauperis*.

DATED: July 1, 2015.

_____
United States District Judge

2